UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-2500-SVW-FFM | Date | April 7, 2015 |
|---|---|---|---|
| Title | NGB Properties LLC v. Fred D. Dorton, et al. | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION

"Only state-court actions that originally could have been filed in federal court may be removed to federal court by the defendant." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987). The state-court complaint in this case does not appear to furnish a valid basis for subject matter jurisdiction. The Court therefore ORDERS the parties to show cause why the case should not be dismissed for lack of jurisdiction. Both parties shall file opening briefs no later than April 20, 2015, regarding the Court's jurisdiction over the case. The parties may file reply briefs no later than April 24, 2015. The memorandum portions of the opening briefs shall not exceed 10 pages; the memorandum portions of the reply briefs shall not exceed 6 pages. The matter is set for hearing at 1:30 p.m. on May 4, 2015.

|  | : |
|---|---|
| Initials of Preparer | PMC |